# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM ANDOH,** | : |
| Petitioner | : |
| | : **CIVIL ACTION NO. 3:15-0733** |
| v. | : |
| | : **(JUDGE MANNION)** |
| **UNITED STATES OF AMERICA,** | : |
| Respondent | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion for immediate deportation, (Doc. 1), is construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

2. The Clerk of Court is directed to **TRANSFER** the above-captioned action to the United States District Court for the Western District of Pennsylvania.

3. The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:   April 20, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0733-01-order.wpd